**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 8, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00635-CV

---

## IN RE MARIJANA GLASS, GUARDIAN OF THE PERSON OF NICOLE M. BASISTA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 433,937**

---

## MEMORANDUM OPINION

On September 16, 2020, relator Marijana Glass, Guardian of the person of Nicole M. Basista filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jerry Simoneaux, presiding judge of Probate Court No. 1 of Harris County, to set aside his August 24, 2020 order to extent that it

requires relator to pay a portion of the guardian ad litem fees in the underlying proceeding.

On November 30, 2020, relator filed a motion to dismiss this petition for writ of mandamus as moot because the trial court signed an order on November 25, 2020, which, among other things, assessed all guardian ad litem fees against real party interest. Relator asserts that its request for relief is now moot. We agree and grant the motion to dismiss.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction. We also lift our stay issued on October 6, 2020.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Zimmerer.